THE STATE OF TEXAS

 November 19, 2004

 TO THE SHERIFF OF HARRIS COUNTY, TEXAS, GREETING:
 WHEREAS, Jim Gawerc, Relator, has made application to The Honorable
Supreme Court of Texas for a Writ of Habeas Corpus, alleging that Jim
Gawerc is illegally restrained of his liberty by you in said Harris County,
Texas by virtue of certain process issued out of the 310th District Court
of Harris County, Texas and
 WHEREAS, The Honorable Supreme Court of Texas is of the tentative
opinion that Writ should issue, and has ordered the following:
 CASE NO. 04-1044
 IN RE Jim Gawerc

 Relator's petition for writ of habeas corpus filed on November
 19, 2004, in the above numbered and entitled cause having been duly
 considered in chambers, it is ordered that Relator be released on bail
 pending final disposition of this case.

 Relator will be admitted to bail upon Jim Gawerc giving of a
 good and sufficient bond, conditioned as required by law, in the sum
 of one hundred DOLLARS ($100.00), such bond to be approved by this
 Court.

 NOW THEREFORE, you are hereby commanded to admit to bail, Jim Gawerc,
conditioned upon the bond of said applicant in the sum of one hundred
DOLLARS ($100.00), in the terms and conditions of the law, that Jim Gawerc
will appear and abide by the decision of the Supreme Court of Texas, which
bond you will approve in your official capacity and forward a copy thereof
to the Clerk of this Court.
 THESE ARE THEREFORE TO COMMAND YOU to obey the foregoing and in all
things.
 HEREIN FAIL NOT under the penalties prescribed by law.
 BY ORDER OF THE SUPREME COURT OF THE STATE OF TEXAS

 with the Seal thereof annexed at the
 City of Austin, this 19th day of
 November, 2004

 ANDREW WEBER, CLERK

SUPREME COURT OF TEXAS

 By_____________________________

 Deputy Clerk

 *********************